**Rule 219.  Annual Registration of Attorneys**

(a) Every attorney admitted to practice law in this Commonwealth shall pay an annual fee of **[$125.00]$120.00** and electronically file the annual fee form provided for in this rule by July 1.  The fee shall be collected under the supervision of the Attorney Registration Office, which shall make the annual fee form available for filing through a link on the Board's website (http://www.padisciplinaryboard.org) or directly at https://ujsportal.pacourts.us.  The said fee shall be used to defray the costs of disciplinary administration and enforcement under these rules, and for such other purposes as the Board shall, with the approval of the Supreme Court, from time to time determine.  Upon an attorney's written request submitted to the Attorney Registration Office and for good cause shown, the Attorney Registration Office shall grant an exemption from the electronic filing requirement and permit the attorney to file the annual fee form in paper form.

*****

(j) ***

(1) An inactive attorney under this subdivision (j) shall continue to file  the annual form required by subdivision (d), shall file the form through the online system identified in subdivision (a), and shall pay an annual fee of **[$70.00]$100.00** in the manner  provided in subdivision (d)(2). Noncompliance with this provision will result in the inactive attorney incurring late payment penalties, incurring a collection fee for any check in payment that has been returned to the Board unpaid, and being placed on administrative suspension pursuant to and in accordance with the provisions of subdivision (f) of this rule.

*****

**Rule 502. Pennsylvania Lawyers Fund for Client Security**

*****

(b) Additional fee. Every attorney who is required to pay an active annual fee under Rule 219 (relating to annual registration of attorneys) shall pay an additional annual fee of **[$45.00]$75.00** for use by the Fund.  Such additional fee shall be added to, and collected with and in the same manner as, the basic annual fee.  All amounts received pursuant to this subdivision shall be credited to the Fund.

*****